UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN C. WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ESTATES LLC, et al., <br><br> Defendants. | Case No.: 1:19-cv-01076-CCE-JLW <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN**, pursuant to the Court's April 22, 2021 Order (Dkt. 160) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all parties who have appeared stipulate to the dismissal of the following parties without prejudice:

2 AND 5 FISH, LLC
ACRONOLIS LLC
ADKEN LLC
ALOSA REALTY, LLC
BANNISTER ROCK, LLC
BENDERWOOD LLC
BERMUDA HOLDINGS LLC
BLUE ROCK HOMES LLC
BLUEBOTTLE LLC
BUTAN LLC
CANNON FIRE, LLC
CARILL, LLC
CARLIANO LLC
CASTEDNET LLC
CASTLETON LLC
CEDAR HOUSE PROPERTIES, LLC

1

CHADASH REALTY GROUP, LLC
CHANDLER PROPERTY HOLDINGS, LLC
CHANTRY HOLDINGS, LLC
CHAZAG LLC
CHERNESS, LLC
CHINSIA LLC
CHRISWERN LLC
CLOCK ACADEMY LLC
CRATER LLC
CREER, LLC
CWBRIDGE LLC,
CWCASTLEWOOD, LLC
CWCASTLEWOOD, LLC
CWDANTE LLC
CWDANTE LLC
CWFORTRESS LLC
DARAFIN LLC
DEXTRON LLC
DOLOROCK LLC
DOUBLE D ENTERPRISES OF DURHAM, LLC
DOUBLE D ENTERPRISES OF DURHAM, LLC
DRAKESHIRE LLC
DUNKIRK LLC
DUNSMURE LLC
EDEN SERVICES LLC
EL PROPERTY HOLDINGS, LLC
EMBARCADERO LLC
ERNESS LLC
ESTAN LLC
EVERGREEN PROPERTY HOLDINGS, LLC
FIELD VIEW, LLC
FONTANAY LLC
FORBES LLC
GAVOS LLC
GIDEER LLC
GRANDAPPLE, LLC
GSBOREALIS, LLC

HALLIARD LLC
HANTELL LLC
HAPPY DOGS ONE TRUST LLC
HEART ASPEN PROPERTIES, LLC
HEVEA LLC
HISHAM LLC
HOUSE HUNTER INVESTING LLC
HUNTER FE, LLC
IMEON LLC
INDELL LLC
INURE LLC
ITALY LLC
ITALY LLC
JANSS LLC
JAUNT LLC
JON LLC – KNOTTING HILL SERIES
JULIUS HILL PROPERTIES LLC
JURAS LLC
JUROS LLC
KARUNA LLC
KELSON LLC
KEZIAH HOLDINGS, LLC
KINTEL LLC
KONRADD LLC
LA ROCHELLE, LLC
LAND DEVELOPMENT AND ACQUISITION LLC
MANTICA LLC
MESSINA LLC
MILL PROPERTIES LLC
MIWOK LLC
MOON HOLDINGS, LLC
MOSHON LLC
NC ALAMANCE RE ASSET I LLC
NEWFORT LLC(UT)
NIDGE BROOK, LLC
NLTSUCCESS LLC
NOSORA LLC

NUALL LLC
NUNMONT LLC
OBIVA LLC
OPAZ LLC
ORADEA LLC
OSTIA LLC
PARACOSE LLC
PASTURE HOLDINGS, LLC
PERISSUO PARTNERS, LLC
PEROGA LLC
PINEMORE LLC
PORTLICK DRIVE, LLC (TX)
PROPRIO LLC
QUI LLC
QUINTON LLC
QUOVIA LLC
RAPHA, LLC
RE RESULTS, LLC
ROYANAH LLC
RP ASSETS LLC
RUCKSACK HOLDINGS, LLC
SAFIRE LLC
SANORA LLC
SHALYN LLC
SHILLINGTON LLC
SORGHUM, LLC
STUDIO AVE LLC
SULAR LLC
SUNSPRING LLC
TESIAS LLC
THISTLE LLC
THUNDERBIRD PROPERTIES OF NORTH CAROLINA LLC
TICOTY SERIES LLC
TILDEN LLC
TIMBER REFUGE

TREE HOLDINGS, LLC
VALENSEN LLC(UT)
WADESTONE, LLC (UT)
WEHAB HOMES, LLC (NV)
WENDELL LLC
WESTBROOK HOLDINGS, LLC
WINSOME LLC
WOLCOTT PARK LLC
YANGTZE LLC
YEOMAN LLC
YUKON LLC
ZAPA LLC

Dated: May 10, 2021     **J.C. WHITE LAW GROUP**

/s/ *James C. White*
James C. White
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
jwhite@jcwhitelaw.com
(919) 246-4676
(919) 246-9113 fax

**BLUE LLP**

Dhamian A. Blue, N.C.
205 Fayetteville Street, Suite 300
Raleigh, NC 27601
dab@bluellp.com
T: (919) 833-1931
F: (919) 833-809
*Attorneys for Plaintiffs*

5

**LAW OFFICE OF STEVEN W. SHAW**

/s/ *Steven W. Shaw*
918 S. Crescent Way
Mapleton, UT 84664
steve@shawlaw.biz
T: (801) 318-8084

John David Matheny, II
516 D River Highway
Ste 198
Mooresville, NC 28117
mathenylawpllc@gmail.com
T: (984) 269-3829

**BROOKS PIERCE MCLENDON HUMPHREY & LEONARD**

/s/ *D.J. O'Brien, III*
Kearns Davis
D.J. O'Brien
P.O. Box 26000
Greensboro, NC 27420-6000
T: (336) 373-8850
F: (336) 232-9195

6

Case 1:19-cv-01076-CCE-JLW   Document 163   Filed 05/11/21   Page 6 of 6