IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRIAN C. WILLIAMS, MARICOL )
YUNAIRA TINEO DE LEON, JAIRO )
VENSRIQUE LEON DA COSTA, and )
MIKE GUSTAFSON, )
)
        Plaintiffs, )
)
        v. )        1:19-CV-1076
)
THE ESTATES LLC, et al., )
)
)
        Defendants. )

# BRIAN WILLIAMS

**ISSUE ONE**: Antitrust/bid rigging

**Issue 1A:**    Did two or more defendants conspire to rig bids in violation of the Sherman
Act and state law by agreeing to limit bids by Estates members to one
Estate member per property?

  ✔  Yes

          ✔  As to all bids, including bids placed by an Estates
Acquisition Assistant and bids placed any other way.

          ___  Only as to bids placed by an Estates Acquisition Assistant

  ___  No

*If Yes, go to Issue 1B. If No, skip to Issue 2. Also, if No, do not answer Issue 3.*

**Issue 1B:**    What defendants were part of the conspiracy to limit bids?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✔ | No: ___ |
| Tonya Newell | Yes: ✔ | No: ___ |

| | | |
|---|---|---|
| Carolyn Souther | Yes: ✓ | No:_____ |
| Avirta LLC | Yes: ✓ | No:_____ |
| GG Irrevocable Trust | Yes: ✓ | No:_____ |
| King Family Enterprises LLC | Yes: ✓ | No:_____ |
| Red Tree Holdings LLC | Yes: ✓ | No:_____ |
| The Estates (UT) LLC | Yes: ✓ | No:_____ |
| The Estates LLC | Yes: ✓ | No:_____ |
| The Estates Real Estate Group LLC | Yes: ✓ | No:_____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:_____ |
| Versa Properties, LLC | Yes: ✓ | No:_____ |

*Go to Issue 1C.*

**Issue 1C:** Was defendants' conduct in commerce or did it affect commerce?

_✓_ Yes          _____ No

Including interstate commerce?

_✓_ Yes          _____ No

*Go to Issue 1D.*

**Issue 1D:** What damages, if any, is the plaintiff, Brian Williams, entitled to recover for defendants' bid rigging?

$___87,300___

*Go to Issue 2.*

2

**ISSUE TWO:** Extortion/Unfair and Deceptive Trade Practices

**Issue 2A:** Did any of the following defendants use the pending foreclosure as a pretext to attempt to extort funds from Brian Williams by falsely representing that Versa Properties LLC was the owner of his home?

| Craig Brooksby | Yes: ✓ | No:____ |
|---|---|---|
| Carolyn Souther | Yes: ✓ | No:____ |
| The Estates LLC | Yes: ✓ | No:____ |
| The Estates (UT) LLC | Yes: ✓ | No:____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:____ |

*If Yes as to any defendant, go to Issue 2B. If No as to all, skip 2B, 2C, and 2D.*

**Issue 2B:** Was defendants' conduct in commerce or did it affect commerce?

✓ Yes          ____ No

*If Yes, go to Issue 2C.*

**Issue 2C:** Was the conduct a proximate cause of injury to Brian Williams?

✓ Yes          ____ No

*If Yes, go to Issue 2D.*

**Issue 2D:** In what amount, if any, has the plaintiff Brian Williams been injured?

$ 35,000

3

**ISSUE THREE:**  Unjust Enrichment

*Only answer Issue 3 if you answered Yes to Issue 1A.  If No to Issue 1A, skip to Issue 4.*

**Issue 3A:**    Were the following defendants unjustly enriched by their conduct at Brian Williams' expense?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✓ | No:____ |
| Carolyn Souther | Yes: ✓ | No:____ |
| The Estates LLC | Yes: ✓ | No:____ |
| The Estates (UT) LLC | Yes: ✓ | No:____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:____ |
| Versa Properties LLC | Yes: ✓ | No:____ |

*If Yes as to any defendant, go to Issue 3B.  If No as to all defendants, skip to Issue 4.*

**Issue 3B:**    What amount of unjust enrichment, if any, did defendants obtain?

$_____110,000_____

*Go to Issue 4 on the next page.*

4

# MARICOL DE LEON & JAIRO DA COSTA

**ISSUE FOUR**: Antitrust/bid rigging

**Issue 4A:** Did two or more defendants conspire to rig bids in violation of the Sherman Act and state law by agreeing to limit bids by Estates members to one Estate member per property?

_____✓_____ Yes

      ✓      As to all bids, including bids placed by an Estates Acquisition Assistant and bids placed any other way.

      _____      Only as to bids placed by an Estates Acquisition Assistant

_____ No

*If Yes, go to Issue 4B; If No, skip to Issue 5. Also, if No, do not answer Issue 6.*

**Issue 4B:** What defendants were part of the conspiracy to limit bids?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✓ | No:_____ |
| Tonya Newell | Yes: ✓ | No:_____ |
| Carolyn Souther | Yes: ✓ | No:_____ |
| Avirta LLC | Yes: ✓ | No:_____ |
| GG Irrevocable Trust | Yes: ✓ | No:_____ |
| King Family Enterprises LLC | Yes: ✓ | No:_____ |
| Maldives LLC | Yes: ✓ | No:_____ |
| The Estates (UT) LLC | Yes: ✓ | No:_____ |
| The Estates LLC | Yes: ✓ | No:_____ |

5

| The Estates Real Estate Group LLC | Yes: ✓ | No:____ |
|---|---|---|
| Timbra of North Carolina LLC | Yes: ✓ | No:____ |

*Go to Issue 4C.*

**Issue 4C:**   Was defendants' conduct in commerce or did it affect commerce?

_____ ✓ Yes

_____ No

Including interstate commerce?

_____ ✓ Yes

_____ No

*If Yes, go to Issue 4D.  If No, skip to Issue 5.*

**Issue 4D:**   What damages, if any, are the plaintiffs, Maricol de Leon and Jairo da Costa, entitled to recover for defendants' bid rigging?

$_____ 85,000 _____

*Go to Issue 5.*

**ISSUE FIVE**: Extortion and Unfair and Deceptive Trade Practices

**Issue 5A:**   Did any of the following defendants use the pending foreclosure as a pretext to attempt to extort funds from Maricol de Leon and Jairo da Costa by falsely representing that Maldives LLC was the owner of their home?

| Craig Brooksby | Yes: ✓ | No:____ |
|---|---|---|
| Carolyn Souther | Yes: ✓ | No:____ |

6

| | | |
|---|---|---|
| Maldives LLC | Yes: ✓ | No:____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:____ |
| The Estates LLC | Yes: ✓ | No:____ |
| The Estates (UT) LLC | Yes: ✓ | No:____ |

*If Yes as to any defendant, go to Issue 5B.  If No as to all, skip 5B, 5C, and 5D.*

**Issue 5B:**    Was defendants' conduct in commerce or did it affect commerce?

✓ ____ Yes            _____ No

*If Yes, go to Issue 5C; If No, skip to Issue 6.*

**Issue 5C:**    Was the conduct a proximate cause of injury to Maricol de Leon and Jairo da Costa?

✓ _____ Yes            _____ No

*If Yes, go to Issue 5D; If No, skip to Issue 6.*

**Issue 5D:**    In what amount, if any, have the plaintiffs, Maricol de Leon and Jairo da Costa, been injured?

$_____ 50,000 _____

*Go to Issue 6.*

7

**ISSUE SIX:** Unjust enrichment

*Only answer Issue 6 if you answered Yes to Issue 4A. If No to Issue 4A, skip to Issue 7.*

**Issue 6A:** Were the following defendants unjustly enriched by their conduct at the expense of Maricol de Leon and Jairo da Costa?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✓ | No:_____ |
| Carolyn Souther | Yes: ✓ | No:_____ |
| Maldives LLC | Yes: ✓ | No:_____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:_____ |
| The Estates LLC | Yes: ✓ | No:_____ |
| The Estates (UT) LLC | Yes: ✓ | No:_____ |

*If Yes as to any defendant, go to Issue 6B. If No as to all defendants, skip to Issue 7.*

**Issue 6B:** What amount of unjust enrichment, if any, did defendants receive?

$_____ 110,000 _____

*Go to Issue 7.*

8

# MIKE GUSTAFSON

**ISSUE SEVEN:** Antitrust/bid rigging

**Issue 7A:** Did two or more defendants conspire to rig bids in violation of the Sherman Act and state law by agreeing to limit bids by Estates members to one Estate member per property?

   ✓   Yes,

        ✓   As to all bids, including bids placed by an Estates Acquisition Assistant and bids placed any other way.

        ____   Only as to bids placed by an Estates Acquisition Assistant

   ____   No

*If Yes, go to Issue 7B; If No, skip to Issue 8. Also, if No, do not answer Issue 9.*

**Issue 7B:** What defendants were part of the conspiracy to limit bids?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✓ | No:____ |
| Lynn Pinder | Yes: ✓ | No:____ |
| Carolyn Souther | Yes: ✓ | No:____ |
| Avirta LLC | Yes: ✓ | No:____ |
| GG Irrevocable Trust | Yes: ✓ | No:____ |
| King Family Enterprises LLC | Yes: ✓ | No:____ |
| NC Bidding-2 LLC | Yes: ✓ | No:____ |
| The Estates (UT) LLC | Yes: ✓ | No:____ |

9

| | | |
|---|---|---|
| The Estates LLC | Yes: ✓ | No:____ |
| The Estates Real Estate Group LLC | Yes: ✓ | No:____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:____ |

*Go to Issue 7C.*

**Issue 7C:** Was defendants' conduct in commerce or did it affect commerce?

_✓_ Yes          _____ No

Including interstate commerce?

_✓_ Yes          _____ No

*If Yes, go to Issue 7D; If No, skip to Issue 8.*

**Issue 7D:** What damages, if any, is the plaintiff, Mike Gustafson, entitled to recover for defendants' bid rigging?

$___34,900___

*Go to Issue 8.*

**ISSUE EIGHT**: Extortion/Unfair and Deceptive Trade Practices

**Issue 8A:** Did any of the following defendants use the pending foreclosure as a pretext to falsely represent to Karen Gustafson that Mr. Gustafson and their children would be evicted from the property within a few days?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✓ | No:____ |
| Carolyn Souther | Yes: ✓ | No:____ |

10

| The Estates LLC | Yes: ✓ | No:___ |
|---|---|---|
| The Estates UT LLC | Yes: ✓ | No:___ |
| NC Bidding-2 LLC | Yes: ✓ | No:___ |
| Timbra of North Carolina LLC | Yes: ✓ | No:___ |

*If Yes as to any defendant, go to Issue 8B; If No as to all, skip 8B, 8C and 8D.*

**Issue 8B:** Was defendants' conduct in commerce or did it affect commerce?

_____ ✓ Yes _____ No

*If Yes, go to Issue 8C; If No, go to Issue 9.*

**Issue 8C:** Was the conduct a proximate cause of injury to Mike Gustafson?

_____ ✓ Yes _____ No

*If Yes, go to Issue 8D; If No, go to Issue 9.*

**Issue 8D:** In what amount, if any, has the plaintiff, Mike Gustafson, been injured?

$____10,000____

*Go to Issue 9.*

**ISSUE NINE**: Unjust enrichment

*Only answer Issue 9 if you answered Yes to Issue 7A. If No to Issue 7A, do not answer Issue 9.*

11

**Issue 9A:** Were the following defendants unjustly enriched by their conduct at the expense of Mike Gustafson?

| | | |
|---|---|---|
| Craig Brooksby | Yes: ✓ | No:_____ |
| Carolyn Souther | Yes: ✓ | No:_____ |
| The Estates LLC | Yes: ✓ | No:_____ |
| The Estates UT LLC | Yes: ✓ | No:_____ |
| NC Bidding-2 LLC | Yes: ✓ | No:_____ |
| Timbra of North Carolina LLC | Yes: ✓ | No:_____ |

*If Yes as to any defendant, go to Issue 9B. If No as to all defendants, do not answer Issue 9B.*

**Issue 9B:** What amount of unjust enrichment, if any, did defendants receive?

$ _____55,000_____

This the __8__ day of April, 2022.

_____
FOREPERSON

12