IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIAN C. WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:19-CV-1076 |
| THE ESTATES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR DEFENDANT NC BIDDING-2, LLC

This matter is before the Court on Defendant NC Bidding-2, LLC's Motion for Substitution of Counsel. All pending motions have been fully briefed and the substitution will not cause delay.

For good cause shown, it is hereby **ORDERED** that the motion, Doc. 274, is **GRANTED** and Joseph E. Houchin of Kaufman & Canoles, P.C. is substituted as counsel of record for Defendant NC Bidding-2, LLC replacing John D. Matheny, II and Steven W. Shaw who are withdrawn as counsel for NC Bidding-2, LLC.

This the 28th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE