IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN C. WILLIAMS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE ESTATES LLC, et al.,<br><br>　　　　　　　　Defendants. | 1:19-CV-1076 |

## ORDER ON MOTION BY CAROLYN SOUTHER TO SUBSTITUTE ATTORNEY

This matter is before the Court on Defendant Carolyn Souther's Motion for Substitution of Counsel.

Upon good cause shown, it is hereby **ORDERED** that Robert E. Culver, of The Culver Firm, P.C. is substituted as counsel of record for Defendant Carolyn Souther replacing John D. Matheny, II and Steven W. Shaw who are withdrawn as counsel for Carolyn Souther.

**SO ORDERED**.

This the 11th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE