UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:19-CV-1076

| | |
|---|---|
| BRIAN C. WILLIAMS, et al., <br>     Plaintiffs, <br> v. <br> THE ESTATES LLC, et al., <br>     Defendants. | **NOTICE OF APPEAL BY DEFENDANTS AVIRTA LLC, CRAIG ORSON BROOKSBY, GG IRREVOCABLE TRUST, KING FAMILY ENTERPRISES LLC, LYNN PINDER, MALDIVES LLC, THE ESTATES (UT) LLC, THE ESTATES LLC, THE ESTATES REAL ESTATE GROUP LLC, RED TREE HOLDINGS LLC, TIMBRA OF NORTH CAROLINA LLC, TONYA NEWELL, and VERSA PROPERTIES LLC** |

COME NOW DEFENDANTS AVIRTA LLC, CRAIG ORSON BROOKSBY, GG IRREVOCABLE TRUST, KING FAMILY ENTERPRISES LLC, LYNN PINDER, MALDIVES LLC, THE ESTATES (UT) LLC, THE ESTATES LLC, THE ESTATES REAL ESTATE GROUP LLC, RED TREE HOLDINGS LLC, TIMBRA OF NORTH CAROLINA LLC, TONYA NEWELL, and VERSA PROPERTIES LLC and do appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on June 2, 2022 and from all orders relating thereto, whether they be precedent or subsequent, including, but not limited to those identified in the court docket as Doc 244, 245 and 246.

Dated this 15th day of September 15, 2022

| LAW OFFICE OF STEVEN W. SHAW | MATHENY LAW, PLLC |
|---|---|
| By: /s/ Steven W. Shaw | By: /s/ John David Matheny |
| Steven W. Shaw | John David Matheny II |
| UT Bar # 11143 | N.C. Bar #49387 |
| 918 S Crescent Way | 516-D River Highway Suite 198 |
| Mapleton, UT 84664 | Mooresville, NC 28117 |
| Tel: (801) 318-8084 | Tel: 984-269-3829 |
| Email: steve@shawlaw.biz | mathenylawpllc@gmail.com |
| Attorney for Named Defendants | Attorney for Named Defendants |