# UNITED STATES DISTRICT COURT

*MIDDLE DISTRICT OF NORTH CAROLINA*

Brian C. Williams, et al.
        v.                                  Case Number: 1:19CV1076

The Estates LLC, et al.

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **scheduled** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Preyer Bldg. |
| | 324 W. Market St., Greensboro, NC |
| **COURTROOM NO.:** | 3 |
| **DATE AND TIME:** | November 29, 2022 at 9:30 a.m. |
| **PROCEEDING:** | Show Cause Hearing and Hearing on all pending Motions |

---

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date:   November 18, 2022

TO:     ALL COUNSEL/PARTIES OF RECORD