| | |
|---|---|
| BRIAN C. WILLIAMS, et al.,<br>    PLAINTIFFS,<br><br>v.<br><br>THE ESTATES LLC, et al.,<br>    DEFENDANTS. | SATISFACTION OF JUDGMENT AS TO NC-BIDDING 2 LLC |

Plaintiffs/Judgment creditors certify that the judgment as to Defendant NC-Bidding-2 LLC only has been satisfied pursuant to a settlement agreement and show the Court:

1. A judgment was entered in favor of Plaintiff Mike Gustafson in the above-captioned action for compensatory damages as to his three causes of action as follows:

   a. For bid rigging in violation of federal and state antitrust law against Defendants NC Bidding-2 LLC, Craig Brooksby, Lynn Pinder, Carolyn Souther, Avirta LLC, GG Irrevocable Trust, King Family Enterprises LLC, The Estates (UT) LLC, The Estates LLC, The Estates Real Estate Group LLC, and Timbra of North Carolina LLC jointly and severally in the amount of $104,700, which consists of $34,900 in compensatory damages trebled pursuant to 15 U.S.C. § 15 and N.C. Gen. Stat. § 75-1, *et seq*. The same Defendants are also

jointly and severally liable to Mike Gustafson for prejudgment interest on the compensatory damages of $34,900 at the legal rate of 8 percent interest in the amount of $3,755.81 from the date of filing of the First Amended Complaint (December 20, 2020) through April 15, 2022 PLUS per diem prejudgment interest of $7.65 until judgment is entered (June 2, 2022) PLUS interest at the legal federal rate after entry of judgment on the total amount, including prejudgment interest (the "Bid Rigging Judgment");

b. For conduct amounting to extortion against Defendants NC Bidding-2 LLC ,Craig Brooksby, Carolyn Souther, The Estates (UT) LLC, The Estates LLC, and Timbra of North Carolina LLC jointly and severally in the amount of $30,000, which consists of $10,000 in compensatory damages trebled pursuant to N.C. Gen Stat. § 75-16. The same Defendants are also jointly and severally liable to Mike Gustafson for prejudgment interest on the compensatory damages of $10,000 at the legal rate of 8 percent interest in the amount of $1,076.16 from the date of filing the First Amended Complaint (December 20, 2020) through April 15, 2022 PLUS per diem prejudgment interest of $2.19 on the compensatory damages until judgment is entered (June 2, 2022) PLUS interest at the legal federal rate after entry of judgment on the total amount, including

prejudgment interest (the "Extortion Judgment");

c. For unjust enrichment against Defendants NC Bidding-2 LLC, Craig Brooksby, Carolyn Souther, The Estates (UT) LLC, The Estates LLC, and Timbra of North Carolina LLC jointly and severally in the amount of $55,000 PLUS prejudgment interest at the legal rate of 8 percent interest in the amount of $5,918.90 from the date of filing the First Amended Complaint (December 20, 2020) through April 15, 2022 PLUS per diem prejudgment interest of $12.05 until judgment is entered (June 2, 2022) PLUS interest at the legal federal rate after entry of judgment on the total amount, including prejudgment interest (the "Unjust Enrichment Judgment").

2. Plaintiff Mike Gustafson has reached a resolution with Defendant NC-Bidding 2 LLC whereby Mike Gustafson has agreed to mark the judgment PAID AND SATISFIED IN FULL as to Defendant NC-Bidding 2 LLC ONLY.

3. This Satisfaction of Judgment shall cancel the judgment ONLY as it relates to Defendant NC-Bidding 2 LLC and not as to any other Defendant.

4. The sum of $5,000.00 shall be credited against the above judgments as follows:

3

a. $1,666.67 to the Bid Rigging Judgment;

b. $1,666.67 to the Extortion Judgment;

c. $1,666.66 to the Unjust Enrichment Judgment.

5. 6. The undersigned attorney for Mike Gustafson therefore authorizes and requests that the Clerk of Court mark the judgment entered herein satisfied as to Defendant NC-Bidding-2 LLC ONLY.

Dated: January 12, 2023

**J.C. WHITE LAW GROUP, PLLC**

/s/ *James C. White*
James C. White, N.C. Bar # 31859
Jonathan T. Dickerson, N.C. Bar # 57871
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
jwhite@jcwhitelaw.com
(919) 246-4676
(919) 246-9113 fax

**BLUE LLP**

Dhamian A. Blue, N.C. Bar # 31405
205 Fayetteville Street, Suite 300
Raleigh, NC 27601
dab@bluellp.com
T: (919) 833-1931
F: (919) 833-8009

*Attorneys for Plaintiffs*

4